**ORDERED in the Southern District of Florida on November 6, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Miriam Gonzalez | Case No.: 26-20241-CLC
Chapter 7

Debtor /

**ORDER APPROVING *EX-PARTE* MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT**

THIS CAUSE came before the Court upon Debtor's *Ex-Parte* Motion to Enlarge the Time to file a Reaffirmation Agreement. The Court having reviewed the Motion and the record herein, being otherwise fully advised, it is

**ORDERED** that the Motion is GRANTED. The time within which the Debtor may file a reaffirmation agreement is extended through **December 8, 2026** and the Clerk shall not issue a discharge before said date.

###

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST
Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.